## 717. GATES *v.* THE STATE.

POWELL, J. The evidence authorized the conviction. The trial judge did not abuse his discretion in overruling the motion for a new trial on the ground of newly-discovered testimony.        *Judgment affirmed.*

Accusation of selling liquor, from city court of La Grange—Judge Harwell. August 2, 1907.

Submitted October 9,—Decided October 15, 1907.

*E. T. Moon,* for plaintiff in error.

*Henry Reeves, solicitor,* contra.